UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

**ROBERT E. TITUS, JR.,**

    Plaintiff,

v.

**OPERATING ENGINEERS' LOCAL 324 PENSION PLAN**,

    Defendant.                         /

**Case No. 16-cv-10951**

**Honorable Gershwin A. Drain**

**Mag. Judge Anthony P. Patti**

| | |
|---|---|
| LAWRENCE J. BRESKIN  P30413 | NANCY H. PEARCE  P-38323 |
| Attorney for Plaintiff | DANIEL G. LeVAN  P-48776 |
| 700 Ford Building | Finkel Whitefield Selik |
| 615 Griswold | Attorneys for Defendant |
| Detroit, Michigan 48226 | 32300 Northwestern Hwy, Ste. 200 |
| 313 881-3669 | Farmington Hills, Michigan 48334 |
| _____/ | 248 855-6500 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Robert E. Titus, Jr. appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Plaintiff's Procedural Challenge to the Scheduling Order and Granting Defendant's Motion for Partial Judgment on the Pleadings entered in this action on February 27, 2017 (Doc # 34), from the Opinion and Order Denying Plaintiff's 1st Motion for Leave to Amend Complaint entered in this action on June 28, 2017 (Doc # 40), and from the Opinion and Order Granting Defendant's Motion for

- 2 -

Judgment on the Administrative Record and Denying Plaintiff's Cross-Motion for Judgment on the Administrative Record entered in this action on November 8, 2017 (Doc # 46).

Respectfully submitted,

s/Lawrence J. Breskin
Lawrence J. Breskin P30413
Attorney for Plaintiff
615 Griswold, Suite 700
Detroit, Michigan 48226
313 881-3669
Breskin@ATT.net

December 5, 2017