UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert E Titus Jr.,

                        Plaintiff(s),

v.                                            Case No. 2:16−cv−10951−GAD−APP
                                                 Hon. Gershwin A. Drain

Operating Engineers' Local 324
Pension Fund,

                        Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 6, 2017.

                                                   DAVID J. WEAVER, CLERK OF COURT

                                                   By: <u>s/ N Ahmed</u>
                                                          Deputy Clerk

Dated:   December 6, 2017